UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE, WASHINGTON

SANDER SIERRA SOTO,

Petitioner,

v.

PAMELA BONDI, *et al.;*

Respondents.

CASE NO.: 2:26-cv-00652-BAT

[~~PROPOSED~~] ORDER EXTENDING TRO

Noting Date: March 18, 2026

**[PROPOSED] ORDER EXTENDING
TEMPORARY RESTRAINING ORDER**

Petitioner, through counsel, has filed a motion to extend the Temporary Restraining Order that is currently in effect. Respondents do not oppose the motion.

The Court, having reviewed these submissions, does hereby ORDER that the Temporary Restraining Order granted on March 5, 2026, is extended to April 1, 2026.

[PROPOSED] ORDER
EXTENDING TRO

CASE NO.: 2:26-CV-00652-BAT

Page 1

Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
(206) 682-1080

Dated: _March 18, 2026_

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

_/s/ Kelly Vomacka_
Kelly Vomacka
Attorney for Petitioner

| [PROPOSED] ORDER EXTENDING TRO | Page 2 | Gibbs Houston Pauw |
| --- | --- | --- |
| | | 1000 Second Avenue, Suite 1600 |
| | | Seattle, WA 98104 |
| CASE NO.: 2:26-CV-00652-BAT | | (206) 682-1080 |