UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANDER SIERRA SOTO,

                    Petitioner,

     v.

PAMELA BONDI, KRISTI NOEM, TODD LYONS, LAURA HERMOSILLO, BRUCE SCOTT,

CASE NO. 2:26-cv-00652-BAT

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

On March 5, 2026, the Court granted Petitioner's motion for temporary restraining order ("TRO") prohibiting Respondents from transferring Petitioner from the Northwest ICE Processing Center in Tacoma, Washington to any other facility and from removing Petitioner from the United States without further order of the Court. Dkt. 14. The Court indicated the Order would expire 14 days from its entry and that the Court would entertain a motion to convert the TRO into a preliminary injunction. *Id.*

On March 18, 2026, the Court granted Petitioner's motion to extend the TRO to April 1, 2026. *Id.*

On March 25, 2026, Petitioner filed a motion seeking to convert the TRO into a preliminary injunction. Dkt. 20. The motion is noted for April 15, 2026. *Id.*

Because there is discrepancy between the expiration date of the TRO (Dkts. 14, 19) and

ORDER EXTENDING TEMPORARY
RESTRAINING ORDER - 1

the noting date of the motion seeking to convert the motion for TRO into a preliminary injunction (Dkt. 20), the Court hereby ORDERS:

(1) The TRO granted on March 5, 2026, **is extended to April 17, 2026**, to allow full briefing on the motion to convert the TRO to a preliminary injunction (Dkt. 20).

(2) If any party objects to this order they should file a motion stating the grounds for their objection.

(3) The Clerk shall provide copies of this Order to counsel for both sides.

DATED this 31st day of March, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER EXTENDING TEMPORARY
RESTRAINING ORDER - 2